1  Simon J. Frankel (State Bar No. 171552)
   sfrankel@cov.com
2  COVINGTON & BURLING LLP
   One Front Street
3  San Francisco, CA 94111
   Telephone:     (415) 591-6000
4  Facsimile:     (415) 591-6091

5  Attorneys for Defendant
   TODD CHRISTOPHER INTERNATIONAL, INC.
6  d/b/a VOGUE INTERNATIONAL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| ANDREA GOLLOHER, MARISA FREEMAN, ROBERTA CHASE, MICHAEL SHAPIRO, and BRENDA BROWN on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TODD CHRISTOPHER INTERNATIONAL, INC. d/b/a VOGUE INTERNATIONAL, a Florida Corporation, and DOES 1-100,<br><br>Defendants. | Civil Case No.: 12-cv-06002-KAW<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION AND ADMINISTRATIVE MOTION TO SET BRIEFING SCHEDULE FOR MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a) AND JOINT STIPULATION TO EXTENSION OF DEADLINE TO FILE RESPONSIVE PLEADING PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(a)(1)<br><br>Judge: Hon. Kandis A. Westmore<br>Courtroom: 4, 3rd Floor |

[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION AND ADMINISTRATIVE MOTION TO SET BRIEFING SCHEDULE FOR MOTION TO TRANSFER; AND JOINT STIPULATION TO EXTENSION OF DEADLINE TO FILE RESPONSIVE PLEADING

Civil Case No.: 12-cv-06002-KAW

On December 4, 2012, the parties submitted a "JOINT STIPULATION AND ADMINISTRATIVE MOTION TO SET BRIEFING SCHEDULE FOR MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a) AND JOINT STIPULATION TO EXTENSION OF DEADLINE TO FILE RESPONSIVE PLEADING PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(a)(1)." The parties have stipulated as follows:

1. Motion to Transfer:
   a. Vogue will file its motion to transfer on or before Wednesday, December 12, 2012.
   b. Plaintiffs will file any opposition to the motion to transfer on or before Friday, January 11, 2013.
   c. Vogue will file any reply on the motion to transfer on or before Thursday, January 24, 2013.
   d. The hearing date for Vogue's motion to transfer will be Thursday, February 7, 2012 or as soon thereafter as the Court can hear the motion.
2. Vogue's Federal Rule of Civil Procedure Rule 12(a)(1) deadline to file a responsive pleading to the complaint is extended until 21 days after any denial or grant of the motion to transfer.
3. This stipulated schedule and the resulting extension of Vogue's deadline to file a responsive pleading does not modify or otherwise affect the parties' discovery obligations and does not modify or otherwise affect the present schedule for the parties' Federal Rule of Civil Procedure 26 disclosures and report.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 7, 2012

*Kandis Westmore*
The Honorable Kandis A. Westmore
United States Magistrate Judge

[PROPOSED] ORDER GRANTING JOINT STIPULATION AND ADMINISTRATIVE MOTION TO SET BRIEFING SCHEDULE FOR MOTION TO TRANSFER; AND JOINT STIPULATION TO EXTENSION OF DEADLINE TO FILE RESPONSIVE PLEADING

1

Civil Case No.: 12-cv-06002-KAW