IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA GOLLOHER, MARISA FREEMAN, ROBERTA CHASE, MICHAEL SHAPIRO and BRENDA BROWN, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>TODD CHRISTOPHER INTERNATIONAL, INC. dba VOGUE INTERNATIONAL, and DOES 1-50,<br><br>　　　　　Defendants.<br>_____/ | No. C 12-06002 RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

　　　　Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on March 7, 2013.  After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

　　　　1.　　ALTERNATIVE DISPUTE RESOLUTION.  Parties shall engage in Private Mediation following resolution of defendant's anticipated Rule 12 motions.

　　　　2.　　AMENDMENT OF PLEADINGS.  The deadline to amend pleadings by right, without leave of the Court, shall be set 21 days after the Court rules on defendant's Rule 12 motions.

1    3.      DISCOVERY.  On or before January 3, 2014 all non-expert discovery shall be
2 completed by the parties.  Discovery shall be limited as follows: (a) ten (10) non-expert
3 depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete
4 subparts; (c) a reasonable number of requests for production of documents or for inspection per
5 party; and (d) a reasonable number of requests for admission per party.

6    4.      DISCOVERY DISPUTES. Discovery disputes will be referred to a Magistrate
7 Judge.  After the parties have met and conferred, the parties shall prepare a joint letter of not
8 more than 8 pages explaining the dispute.  Up to 12 pages of attachments may be added.  The
9 joint letter must be electronically filed under the Civil Events category of "Motions and Related
10 Filings >Motions--General > Discovery Letter Brief."  The Magistrate Judge to whom the matter
11 is assigned will advise the parties of how that Judge intends to proceed.  The Magistrate Judge
12 may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.  After
13 a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that
14 Judge's procedures.

15    5.      CLASS CERTIFICATION.  A hearing date shall be noticed with the Court upon
16 filing of the opening brief.  The briefing schedule for class certification shall proceed as follows:

17    A.      On or before July 19, 2013, plaintiffs shall file their opening brief for class
18 certification.

19    B.      Defendants shall file any opposition no later than 60 days after plaintiffs' filing of
20 the opening brief.

21    C.      Plaintiffs shall file any reply no later than 40 days following defendants' filing of
22 the opposition.

23    D.      Hearing on the motion for class certification shall take place not less than 14 days
24 following plaintiffs' filing of a reply brief.

25    6.      EXPERT WITNESSES.  The disclosure and discovery of expert witnesses and
26 opinions shall proceed as follows:

27
28

CASE MANAGEMENT SCHEDULING ORDER

2

1  A. On or before January 31, 2014, parties will make initial expert disclosures in
2  accordance with Federal Rule of Civil Procedure 26(a)(2).

3  B. On or before March 14, 2014, parties will designate their supplemental and
4  rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

5  C. On or before April 14, 2014, all discovery of expert witnesses pursuant to Federal
6  Rule of Civil Procedure 26(b)(4) shall be completed.

7. FURTHER CASE MANAGEMENT CONFERENCE. A Further Case Management Conference shall be held on **January 16, 2014 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

8. PRETRIAL MOTIONS. All pretrial motions must be filed and served pursuant to Civil Local Rule 7. All pretrial motions shall be heard no later than **June 12, 2014 at 1:30 p.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

9. PRETRIAL CONFERENCE. The final pretrial conference will be held on **July 31, 2014 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case shall attend personally.

10. TRIAL DATE. Trial shall commence on **August 18, 2014 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED: 3/7/13

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER