1  LEXINGTON LAW GROUP
   Mark N. Todzo (State Bar No. 168389)
2  Howard Hirsch (State Bar No. 213209)
   503 Divisadero Street
3  San Francisco, CA 94117
   Telephone: (415) 913-7800
4  Facsimile: (415) 759-4112
   mtodzo@lexlawgroup.com
5

6  Attorneys for Plaintiffs
   ANDREA GOLLOHER, MARISA FREEMAN, ROBERTA CHASE, MICHAEL SHAPIRO, and
7  BRENDA BROWN

8  Simon J. Frankel (State Bar No. 171552)      Kieran G. Doyle (Pro Hac Vice) kgd@cll.com
   sfrankel@cov.com                             Eric S. Shimanoff (Pro Hac Vice) ejs@cll.com
9  COVINGTON & BURLING LLP                      COWAN LIEBOWITZ & LATMAN, P.C.
   One Front Street                             1133 Avenue of the Americas
10 San Francisco, CA 9411                       New York, NY 10036
   Telephone: (415) 591-7052                    Telephone: (212) 790-9200
11 Facsimile: (415) 955-6552                    Facsimile: (212) 575-0671

12
13 Attorneys for Defendant
   TODD CHRISTOPHER INTERNATIONAL, INC. DBA VOGUE INTERNATIONAL

14

15                         UNITED STATES DISTRICT COURT

16                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                              SAN FRANCISCO DIVISION

18

19 ANDREA GOLLOHER, MARISA              Case No. 12-cv-06002-RS
   FREEMAN, ROBERTA CHASE, MICHAEL
20 SHAPIRO and BRENDA BROWN, on behalf  **STIPULATED MOTION FOR
   of themselves and all others similarly situated,  ADMINISTRATIVE RELIEF TO RESET
21                                      CLASS CERTIFICATION AND
                                        DISCOVERY DEADLINES IN LIGHT OF
   Plaintiffs,                          PENDING MEDIATION AND [PROPOSED]
22                                      ORDER (N.D. Cal. Local Rule 7-11)**
   vs.
23                                      Judge: Hon. Richard Seeborg
                                        Courtroom 3, 17th Floor
24 TODD CHRISTOPHER INTERNATIONAL,
   INC. DBA VOGUE INTERNATIONAL, a
25 Florida Corporation, and DOES 1-100,

26
                Defendants.
27

28

---

STIPULATED MOT. FOR ADMIN RELIEF – Case No. 12-cv-06002-RS

Pursuant to Local Rule 7-11, Plaintiffs Andrea Golloher, Marisa Freeman, Roberta Chase, Michael Shapiro, and Brenda Brown (collectively, "Plaintiffs") and defendant Todd Christopher International, Inc. dba Vogue International ("Defendant") (collectively, the "Parties") hereby request that the Court reset the class certification and other deadlines in the March 7, 2013 case management scheduling order [ECF, No. 35] (the "Scheduling Order") in order to accommodate the Parties' upcoming mediation. The parties recently scheduled a mediation for July 30, 2013[1], and request an extension of the class certification and discovery deadlines of approximately 70 days in order to allow the parties to concentrate on the possible resolution of Plaintiffs' claims without simultaneously engaging in potentially unnecessary litigation.

The current deadline for Plaintiffs to file their motion for class certification is July 19, 2013, which is eleven days prior to the scheduled mediation. The Parties propose postponing this deadline until September 30, 2013, which is sixty days following the date of the scheduled mediation. The parties further propose postponing other deadlines in the Scheduling Order for a commensurate seventy day period as set forth herein. Other than the deadlines specifically referenced below, all other matters set forth in the Scheduling Order shall remain intact.

This is the first request by the parties to continue the case management deadlines and is not made for the purpose of delay. Rather, the Parties believe that postponing the deadlines in accordance with their proposal will facilitate the economical litigation of Plaintiffs' claims. Accordingly, the Parties respectfully request that the Court adopt the schedule set forth below.

---

[1] The Scheduling Order requires the Parties to engage in Private Mediation following resolution of Defendant's Motion to Dismiss. Although the Court has not yet ruled on such motion, the Parties scheduled the mediation for July 30 as the parties' chosen mediator, Randall Wulff, has very limited availability. Moreover, the Parties are hopeful that they will still receive guidance from the Court concerning Defendant's motion to dismiss prior to the scheduled mediation.

| Event | Current Deadline Per 3/7/13 Scheduling Order | New Deadline Proposed by Parties |
|---|---|---|
| Opening brief for class certification | 7/19/2013 | 9/30/2013 |
| Opposition brief for class certification | 60 days following filing of motion | 60 days following filing of motion |
| Reply brief for class certification | 40 days following filing of opposition | 40 days following filing of opposition |
| Hearing on motion for class certification | On or after 14 days following filing of reply brief | On or after 14 days following filing of reply brief |
| Fact discovery completion date | 1/3/2014 | 3/14/2014 |
| Initial Expert disclosures | 1/31/2014 | 4/11/2014 |
| Rebuttal expert disclosures | 3/14/2014 | 5/27/2014 |
| Expert discovery completion date | 4/14/2014 | 6/27/2014 |
| Last date for hearing on pretrial motions | 6/12/2014 at 1:30 p.m. | On ~~or after~~ 8/28/2014 |
| Final Pretrial Conference | 7/31/2014 at 10:00 a.m. | 10/30/14 at 10:00 am ~~On or after 10/16/2014~~ |
| Trial | 8/18/2014 at 9:00 a.m. | 11/10/14 at 9:00 am ~~On or after 11/3/2014~~ |

.

Respectfully Submitted,

Dated: May 28, 2013         LEXINGTON LAW GROUP


*/s/ Mark N. Todzo*
Mark N. Todzo
*Attorneys for Plaintiffs*
*Andrea Golloher, Marisa Freeman, Roberta Chase, Michael Shapiro and Brenda Brown*

-2-
STIPULATED MOT. FOR ADMIN RELIEF – Case No. 12-cv-06002-RS

| | | |
|---|---|---|
| 1 | Dated: May 28, 2013 | COWAN LIEBOWITZ & LATMAN, P.C. |

*/s/ Kieran G. Doyle*
*Attorneys for Defendant*
*Todd Christopher International, Inc.*

**IT IS SO ORDERED.**

DATED:__5/31/13_____          _____
                                      Hon. Richard Seeborg
                                      United States District Judge