LEXINGTON LAW GROUP
Mark N. Todzo (State Bar No. 168389)
Howard Hirsch (State Bar No. 213209)
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
mtodzo@lexlawgroup.com

Attorneys for Plaintiffs
ANDREA GOLLOHER, MARISA FREEMAN, ROBERTA CHASE, MICHAEL SHAPIRO, and BRENDA BROWN

| | |
|---|---|
| Simon J. Frankel (State Bar No. 171552) | Kieran G. Doyle (Pro Hac Vice) kgd@cll.com |
| sfrankel@cov.com | Eric J. Shimanoff (Pro Hac Vice) ejs@cll.com |
| COVINGTON & BURLING LLP | COWAN LIEBOWITZ & LATMAN, P.C. |
| One Front Street | 1133 Avenue of the Americas |
| San Francisco, CA 9411 | New York, NY 10036 |
| Telephone: (415) 591-7052 | Telephone: (212) 790-9200 |
| Facsimile: (415) 955-6552 | Facsimile: (212) 575-0671 |

Attorneys for Defendant
TODD CHRISTOPHER INTERNATIONAL, INC. DBA VOGUE INTERNATIONAL

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA GOLLOHER, MARISA FREEMAN, ROBERTA CHASE, MICHAEL SHAPIRO and BRENDA BROWN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TODD CHRISTOPHER INTERNATIONAL, INC. DBA VOGUE INTERNATIONAL, a Florida Corporation, and DOES 1-100,<br><br>Defendants. | Case No. 12-cv-06002-RS<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED REQUEST TO STAY CASE MANAGEMENT DEADLINES**<br>**(N.D. Cal. Local Rule 6-2)**<br><br>Judge: Hon. Richard Seeborg |

[~~PROPOSED~~] ORDER TO STAY CASE MANAGEMENT DEADLINES – Case No. 12-cv-06002-RS

On July 31, 2013, the parties submitted a stipulated request to stay case management deadlines in this matter. The parties have reached an agreement in principle as to the terms of a settlement agreement resolving this litigation. The parties require additional time to finalize the terms of the settlement and set a schedule for preliminary settlement approval. In the meantime, in order to conserve the Court's resources and avoid incurring unnecessary litigation expenses, the parties wish to stay the operative case management deadlines.

After considering the stipulation and good cause appearing, the Court grants the parties' request. Accordingly, the Court stays the operative case management deadlines. The parties shall report back to the Court within 30 days of entry of this order as to the status of the settlement and schedule for preliminary settlement approval.

**IT IS SO ORDERED.**

DATED: 7/31/13

_____
Hon. Richard Seeborg
United States District Judge