1  LEXINGTON LAW GROUP
   Mark N. Todzo (State Bar No. 168389)
2  Howard Hirsch (State Bar No. 213209)
   503 Divisadero Street
3  San Francisco, CA  94117
   Telephone:  (415) 913-7800
4  Facsimile:  (415) 759-4112
   mtodzo@lexlawgroup.com
5
6  Attorneys for Plaintiffs
   ANDREA GOLLOHER, MARISA FREEMAN, ROBERTA
7  CHASE, MICHAEL SHAPIRO, and BRENDA BROWN

8  Simon J. Frankel (State Bar No. 171552)      Kieran G. Doyle (Pro Hac Vice) kgd@cll.com
   sfrankel@cov.com                             Eric S. Shimanoff (Pro Hac Vice) ejs@cll.com
9  COVINGTON & BURLING LLP                      COWAN LIEBOWITZ & LATMAN, P.C.
   One Front Street                             1133 Avenue of the Americas
10 San Francisco, CA 9411                        New York, NY 10036
   Telephone: (415) 591-7052                    Telephone: (212) 790-9200
11 Facsimile: (415) 955-6552                     Facsimile: (212) 575-0671
12
13 Attorneys for Defendant
   TODD CHRISTOPHER INTERNATIONAL, INC. DBA VOGUE INTERNATIONAL
14
15                    **UNITED STATES DISTRICT COURT**
16            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
17                       **SAN FRANCISCO DIVISION**
18

| | |
|---|---|
| 19 ANDREA GOLLOHER, MARISA FREEMAN, ROBERTA CHASE, MICHAEL SHAPIRO and BRENDA BROWN, on behalf of themselves and all others similarly situated, | Case No. 12-cv-06002-RS **STIPULATION AND [PROPOSED] ORDER FOR FILING OF PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| 21                 Plaintiffs, | Judge: Hon. Richard Seeborg |
| 22   vs. | |
| 24 TODD CHRISTOPHER INTERNATIONAL, INC. DBA VOGUE INTERNATIONAL, a Florida Corporation, and DOES 1-100, | |
| 26              Defendants. | |

28

1    Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs Andrea Golloher, Marisa

2  Freeman, Roberta Chase, Michael Shapiro, and Brenda Brown (collectively, "Plaintiffs") and

3  Defendant Todd Christopher International, Inc. dba Vogue International ("Defendant")

4  (collectively, the "Parties")  hereby stipulate as follows:

5    WHEREAS, the Parties have now reached an agreement in principle as to the terms of a

6  settlement agreement resolving this litigation;

7    WHEREAS, in furtherance of that settlement agreement in principle, Plaintiffs seek to file

8  a First Amended Complaint to:

9    (1) add additional named Plaintiffs, as well as allegations regarding these persons'

10    purchase of Defendant's products,

11    (2) re-allege their existing causes of action regarding alleged violations of state consumer

12    protection and express warranty laws on behalf a putative nationwide class, and

13    (3) add a cause of action alleging violations of state unjust enrichment laws on behalf of a

14    putative nationwide class;

15    WHEREAS, the parties have met and conferred over Plaintiffs' desire to file a First

16  Amended Complaint;

17    WHEREAS, the Parties agree that, should the Court grant Plaintiffs leave to file such a

18  First Amended Complaint, Defendant's deadline to file an answer or otherwise move with respect

19  to such a First Amended Complaint shall be extended indefinitely and Defendant shall not be

20  obligated to file an answer or otherwise move with respect to such a First Amended Complaint

21  unless and until specifically ordered to do so by the Court, irrespective of any other deadlines or

22  obligations that normally would apply under the Federal Rules of Civil Procedure;

23    WHEREAS, the Parties agree that this stipulation shall in no way constitute a waiver of,

24  impair, prejudice or compromise any of the Defendant's rights, arguments, claims, remedies or

25  defenses with respect to such a First Amended Complaint, and the allegations, claims, causes of

26  action and demands therein;

27

28

1    WHEREAS, the Parties agree that Defendant expressly reserves all rights, arguments,

2  claims, remedies or defenses it may have with respect to such a First Amended Complaint, and the

3  allegations, claims, causes of action and demands therein;

4    WHEREAS, the Parties agree that Defendant's consent to Plaintiffs filing such a First

5  Amended Complaint shall in no way be construed as an admission of any allegation, claim, cause

6  of action or demand therein.

7    WHEREAS, subject to the stipulations and reservations of rights above, Defendant

8  consents to Plaintiffs filing the First Amended Complaint;

9

10    THE PARTIES HEREBY STIPULATE AND REQUEST that, subject to and

11  incorporating by reference the parties' above-referenced stipulations and reservations of rights,

12  arguments, claims, remedies and defenses, the Court grant Plaintiffs leave to file their First

13  Amended Complaint, a copy of which is attached hereto as Exhibit 1.

14

15  **IT IS SO STIPULATED**

16
17  Dated: August 9, 2013                    LEXINGTON LAW GROUP

18

19                                          */s/ Mark N. Todzo*_____
                                            Mark N. Todzo
20                                          *Attorneys for Plaintiffs*
                                            *Andrea Golloher, Marisa Freeman, Roberta Chase,*
21                                          *Michael Shapiro and Brenda Brown*

22  Dated: August 9, 2013                    COWAN LIEBOWITZ & LATMAN, P.C.

23

24                                          */s/ Kieran G. Doyle*_____
25                                          *Attorneys for Defendant*
                                            *Todd Christopher International, Inc.*

26

27

28

**IT IS SO ORDERED**

Dated:  8/9/13

The Hon. Richard Seeborg
JUDGE OF THE U.S. DISTRICT COURT