IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA GOLLOHER, et al., | No. C 12-06002 RS |
| Plaintiffs, | **ORDER CONTINUING HEARING ON FINAL APPROVAL OF SETTLEMENT** |
| v. | |
| TODD CHRISTOPHER INTERNATIONAL, INC. DBA VOGUE INTERNATIONAL, | |
| Defendant. | |

The final approval hearing set for March 27, 2014 is hereby continued to April 3, 2014 at 1:30 p.m. The parties shall provide notice of this change on the settlement website.

IT IS SO ORDERED.

Dated: 12/19/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1

No. C 12-06002 RS
ORDER