Matthew Kurilich California Bar Number 30172
17321 Irvine BLVD STE 115
Tustin CA 92780
Telephone    714-734-3715
Facsimile     714-734-3716
mattkurilich@gmail.com

Attorney for Objector
Kim Morrison

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| ANDREA GOLLOHER, MARISA FREEMAN, ROBERTA CHASE, JAMES HANKS, MICHAEL SHAPIRO, BRENDA BROWN, GRETCHEN SWENSON, CRYSTAL KENNY, KELLY BOTTARI, RENEE CONOVER, and SHANISHA SANDERS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TODD CHRISTOPHER INTERNATIONAL, INC. DBA VOGUE INTERNATIONAL, a Florida Corporation, and DOES 1-100,<br><br>Defendants | Case No. 3:12 CV 06002 RS<br><br>*The Honorable Richard Seeborg*<br><br>**OBJECTION TO FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the final order docket #60 of the court approving the final settlement in this case, Kim Morrison (Objector) objects to the final settlement as follows:

1. **The notice is incomplete.** While the settlement amount sounds like a lot of money, class members cannot determine from the notice or the settlement documents whether that amount is fair. I understand that I can get up to $4 for each covered product that I purchased, but the fine print tells me that, if too many people make a claim, I will get diluted.

What are the odds that I will get diluted? I suppose that depends on the number of people in the class. But the notice does not state that number.

I suppose the odds also depend on how many total products were sold (or the average number of products purchased by each person in the class). But that notice does not state that either.

I suppose the odds also depend on the likely claims rate. But the notice does not state that amount either. The lawyers claim to have handled these cases for decades. Surely, they have some estimated range that they can provide.

Since all of the above information is missing from the notice, I do not know whether I will receive $4 per product, $2 per product, or 50 cents per product, or some other amount. How can I determine whether the amount is fair without knowing the numbers? The court should order the parties to send out another notice that fills in the missing information so that class members can make an assessment.

2. **The claims made structure is inappropriate.** If $4 per product is a fair settlement, the defendant should pay $4 per product to all purchasers not just the small percentage that might come forward. For example, if 10% make a claim, the defendant will get to get away with 90% of its wrongdoing. That is not fair. Are the attorneys taking just 10% of their fees if this happens?

I nor my attorney do not intend to appear at the hearing.

2
OBJECTIONS TO FINAL APPROVAL OF CLASS ACTION SETTLEMENT Case No. 3:12-cv-06002RS

I declare under penalty of perjury I purchased one or more of the products covered by this settlement and am a member of the settlement class herein.

OBJECTOR

_____

Kim Morrison
93 S. Jackson St. Apt. 34835
Seattle, Wa. 98104
206-317-3968

PLEASE TAKE NOTICE that attorney Matthew Kurilich hereby appears on behalf of objector Kim Morrison.

Any and all notices to be served as follows:

Matthew Kurilich

17321 Irvine BLVD, Suite 115

Tustin CA 92780

T: 714-734-3715

F: 714-734-3716

mattkurilich@gmail.com

Dated: January 3, 2014                    Respectfully submitted,

                                          MATTHEW KURILICH

                                          By: **/s/Matthew Kurilich**
                                          MATTHEW KURILICH
                                          *Attorney for Objector Kim Morrison*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record for each other party through the Court's electronic filing service on January 3, 2013.

                                          /s/Matthew Kurilich
                                          MATTHEW KURILICH