OBJECTOR:
Jennifer Lynn Cochran
2028 Bonnycastle Ave., Apt. 1
Louisville, KY 40205
(502) 377-8542



## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA GOLLOHER, MARISA FREEMAN, ROBERTA CHASE, JAMES HANKS, MICHAEL SHAPIRO, BRENDA BROWN, GRETCHEN SWENSON, CRYSTAL KENNY, KELLY BOTTARI, RENEE CONOVER, and SHANISHA SANDERS, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> TODD CHRISTOPHER INT'L, INC. DBA VOGUE INTERNATIONAL, a Florida Corporation, and DOES 1-100, <br><br> Defendants. | Case No. C 12-06002 RS <br><br> CLASS ACTION <br><br> **NOTICE OF OBJECTION TO SETTLEMENT AND MOTION FOR ATTORNEY'S FEES** <br><br><br><br><br> Hearing Date: April 3, 2014 <br> Location: Courtroom 3, 17th Floor <br> Judge: Hon. Richard Seeborg |

Now comes class member Jennifer Lynn Cochran ("Objector"), and hereby objects to: (1) this Court's Order Preliminarily Approving Class Action Settlement, Conditionally Certifying The Settlement Class, Providing For Notice And Scheduling Order entered on October 7, 2013 in *Golloher v. Todd Christopher International, Inc. dba Vogue International*, Case No. 3:12-cv-06002-RS (N.D. California) (DE 60), (2) Plaintiffs' Motion For Final Approval of Class Action Settlement Agreement (DE 62), and (2) Plaintiffs' Motion for Attorneys' Fees (DE 63). Specifically, Objector believes the Court should deny the pending motions because they are not fair, adequate, and

1

reasonable to the class for the following reasons:

1. Objector concurs with the arguments opposing the class settlement agreement asserted in William Gerald Barden's objection (DE 68);

2. Objector also believes the award of attorneys' fees to class counsel is unreasonably high for a class action of this nature, scope and size.

Objector has also retained legal counsel experienced in such matters who hopes to apply for admission pro hac vice in the near future. In order to meet the deadline set by this Court reported in the Notice of Class Settlement, Objector has elected to file this preliminary notice of objections to preserve her rights. Accordingly, Objector reserves the right to supplement or amend her objections upon advice of counsel and/or as other objections are filed. Objector does not intend to attend the fairness hearing scheduled for April 3, 2014, either personally or through counsel. Finally, Objector has standing to file the foregoing objections because she purchased Defendant's falsely advertised, mislabeled, and deceptive Organix hair care products ("Challenged Products") on several occasions since October 28, 2005 to the present date ("Class Period").

## CONCLUSION

For the foregoing reasons, Objector respectfully requests that the Court:

(1) Reject the proposed settlement as presented;

(2) Refuse to enter final judgments dismissing class claims against the settling defendant with prejudice;

(3) Deny the motion for attorneys' fees as presented.

Respectfully Submitted,

*JENNIFER LYNN COCHRAN*

2/4/14
Date

### Certificate of Service

The undersigned hereby certifies that a true copy of the foregoing document was served by First Class U.S. Mail to the following on February 4, 2014:

Clerk of the Court,
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Mark N. Todzo
Lexington Law Group
503 Divisadero Street
San Francisco, CA 94117

Kieran G. Doyle
Cowan, Liebowitz & Latman
1133 Avenue of the Americas
New York, NY 10036

Jennifer Lynn Cochran

3