OBJECTOR JENNIFER COCHRAN
1510 Cherokee Road
Apartment A5
Louisville, KY  40205
Appearing Pro Per

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| ANDREA GOLLOHER, MARISA FREEMAN, ROBERTA CHASE, JAMES HANKS, MICHAEL SHAPIRO, BRENDA BROWN, GRETCHEN SWENSON, CRYSTAL KENNY, KELLY BOTTARI, RENEE CONOVER and SHANISA SANDERS, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>TODD CHRISTOPHER INTERNATIONAL, INC. D/B/A VOGUE INTERNATIONAL, a Florida Corporation, and DOES 1-100,<br>    Defendants. | Case No. 3:12 CV 06002 RS<br><br>*The Honorable Richard Seeborg*<br><br>**NOTICE OF APPEAL** |

1
NOTICE OF APPEAL
Case No. 3:12 CV 06002 RS

1
2
3
4
5

Notice is hereby given that Objector Jennifer Cochran, objector to the settlement in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the following orders of the United States District Court for the Northern District of California – San Francisco:

6
7
8

1.  Order and Final Judgment Approving Class Action Settlement, Awarding Attorney's Fees and Expenses, and Awarding Class Representative Service Awards entered in this action on the 25th day of April, 2014 [DE #79] Attached as Exhibit 1.

9

Respectfully submitted,                                    */s/ Jennifer Cochran*

Jennifer Cochran
Objector/Appellant

10

Dated:  May 21, 2014

11
12
13
15
16
17
18
19
20
21
22
23
24
25

2
NOTICE OF APPEAL

Case No. 3:12 CV 06002 RS

1

2

**FED. R. APP.P. 12(b) AND CIRCUIT RULE 3-2.**
**REPRESENTATION STATEMENT**

3

4

**OBJECTOR/APPELLANT:**

5

 Jennifer Cochran
 1510 Cherokee Road
 Apartment A5

6

Louisville, KY 40205

7

Tel: (502) 377-8542

9

Appearing Pro Per

10

**District Court Judge:**

11

12

Honorable Judge Richard Seeborg
USDC San Francisco California

13

Courtroom 3, 17th FLOOR

14

450 Golden Gate AVENUE
San Francisco, CA 94102

15

**Counsel for Plaintiffs/Appellees:**

16

17

**Mark N. Todzo**
Lexington Law Group, LLP

18

503 Divisadero Street

19

San Francisco, CA 94117
(415) 913-7800

20

Fax: (415) 759-4112
Email: mtodzo@lexlawgroup.com

21

22

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

23

24

25

3
NOTICE OF APPEAL

Case No. 3:12 CV 06002 RS

1
2

**Howard Judd Hirsch**
Lexington Law Group
503 Divisadero Street
San Francisco, CA 94117
(415) 913-7800
Fax: 415-759-4112
Email: hhirsch@lexlawgroup.com
*ATTORNEY TO BE NOTICED*

3
4
5
6
7

**Joseph John Mann**
Lexington Law Group
503 Divisadero Street
San Francisco, CA 94117
(415) 913-7800
Fax: (415) 759-4112
*ATTORNEY TO BE NOTICED*

8
9
10
11
12

**Lisa Margaret Burger**
Lexington Law Group
503 Divisadero Street
San Francisco, CA 94117
(415) 913-7800
Fax: 415-759-4112
Email: lburger@lexlawgroup.com
*ATTORNEY TO BE NOTICED*

13
14
15
16
17
18

**Lucas Clayton Williams**
Lexington Law Group
503 Divisadero Street
San Francisco, CA 94117
(415) 913-7800
Fax: 415-759-4112
*ATTORNEY TO BE NOTICED*

19
20
21
22
23
24
25

**Counsel for Todd Christopher International, Inc./Appellee:**

**Simon J. Frankel**
Covington & Burling LLP
One Front Street, 35th Floor
San Francisco, CA 94111
415-591-7052
Fax: 415-591-6552
Email: sfrankel@cov.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric J Shimanoff**
1133 Avenue of The Americas
New York, NY 10036
(212) 790-9226
Fax: (212) 575-0671
Email: ejs@cll.com
*ATTORNEY TO BE NOTICED*

**Jay Rapaport**
One Front Street
35th Floor
San Francisco, CA 94111
415-591-7008
Email: jrapaport@cov.com
*(Inactive)*
*TERMINATED: 01/28/2014*
*ATTORNEY TO BE NOTICED*

**Kieran G Doyle**
1133 Avenue of The Americas
New York, NY 10036
(212) 790-9261
Fax: (212) 575-0671
Email: kgd@cll.com
*ATTORNEY TO BE NOTICED*

NOTICE OF APPEAL
Case No. 3:12 CV 06002 RS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the above **NOTICE OF APPEAL** was served on May 21, 2014 upon the attorneys of record for each other party through the Court's electronic filing service.

DATED May 21, 2014.

By: */s/ Jennifer Cochran*
JENNIFER COCHRAN

NOTICE OF APPEAL

Case No. 3:12 CV 06002 RS

Exhibit 1

Exhibit 1

1
2
3
4
5
6
7
8

9                              UNITED STATES DISTRICT COURT

10                            **NORTHERN DISTRICT OF CALIFORNIA**

11

12   ANDREA GOLLOHER, MARISA          )    No.  C 12-06002 RS
     FREEMAN, ROBERTA CHASE, JAMES    )
13   HANKS, MICHAEL SHAPIRO, BRENDA   )
     BROWN, GRETCHEN SWENSON,         )    CLASS ACTION
14   CRYSTAL KENNY, KELLY BOTTARI,    )
     RENEE CONOVER, and SHANISHA      )    [PROPOSED] ORDER AND FINAL
15   SANDERS, on behalf of themselves and all )    JUDGMENT APPROVING CLASS
     others similarly situated,       )    ACTION SETTLEMENT,
16                                    )    AWARDING ATTORNEYS' FEES
                          Plaintiffs, )    AND EXPENSES, AND AWARDING
17                                    )    CLASS REPRESENTATIVE
              vs.                     )    SERVICE AWARDS
18                                    )
                                      )    **AS MODIFIED BY THE COURT**
19   TODD CHRISTOPHER INTERNATIONAL,  )
     INC. DBA VOGUE INTERNATIONAL, a  )
20   Florida Corporation, and DOES 1-100, )
                                      )
21                        Defendants. )
     _____)
22
23
24
25
26
27
28

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

2    1.    This Judgment incorporates by reference the definitions in the Stipulation of

3    Settlement filed August 22, 2013 ("Stipulation"), attached as Exhibit A, and all capitalized terms

4    used herein shall have the same meanings as set forth in the Stipulation unless set forth differently

5    herein.  The terms of the Stipulation are fully incorporated in this Judgment as if set forth fully here.

6    2.    The Court has jurisdiction over the subject matter of this action and all Parties to the

7    action, including all Class Members who do not timely exclude themselves from the Class.  The list

8    of excluded Class Members is attached as Exhibit B.

9    3.    Pursuant to Federal Rule of Civil Procedure 23(b)(3), and for settlement purposes

10    only, the Court hereby certifies the following Class:

11    all individuals in the United States who purchased the Challenged Products within the Class
      Period.  Specifically excluded from the Class are (a) Defendant, (b) the officers, directors, or
12    employees of Defendant and their immediate family members, (c) any entity in which
13    Defendant has a controlling interest, (d) any affiliate, legal representative, heir, or assign of
      Defendant, (e) all federal court judges who have presided over this Action and their
14    immediate family members; (f) all persons who submit a valid request for exclusion from the
      Class; and (g) those who purchased the Challenged Products for the purpose of resale.

15
16    4.    Pursuant to Federal Rule of Civil Procedure 23(c)(3), all such persons or entities who

17    satisfy the Class definition above, except those Class Members who timely and validly excluded

18    themselves from the Class, are Class Members bound by this Judgment.

19    5.    For settlement purposes only, the Court finds:

20    (a)    Pursuant to Federal Rule of Civil Procedure 23(a), Andrea Golloher, Marisa

21    Freeman, Roberta Chase, James Hanks, Michael Shapiro, Brenda Brown, Gretchen Swenson, Crystal

22    Kenny, Kelly Bottari, Rennee Conover and Shanisha Sanders are members of the Class, their claims

23    are typical of the Class, and they fairly and adequately protected the interests of the Class throughout

24    the proceedings in the Action.  Accordingly, the Court hereby appoints Andrea Golloher, Marisa

25    Freeman, Roberta Chase, James Hanks, Michael Shapiro, Brenda Brown, Gretchen Swenson, Crystal

26    Kenny, Kelly Bottari, Rennee Conover and Shanisha Sanders as class representatives;

27

28                                                    1              [PROPOSED] FINAL ORDER
                                                                     AND JUDGMENT
                                                                     APPROVING CLASS
                                                                     ACTION SETTLEMENT

1        (b)    The Class meets all of the requirements of Federal Rules of Civil Procedure

2    23(a) and (b)(3) for certification of the class claims alleged in the First Amended Complaint,

3    including: (a) numerosity; (b) commonality; (c) typicality; (d) adequacy of the class representatives

4    and Class Counsel; (e) predominance of common questions of fact and law among the Class for

5    purposes of settlement; and (f) superiority; and

6        (c)    Having considered the factors set forth in Rule 23(g)(1) of the Federal Rules

7    of Civil Procedure, Class Counsel have fairly and adequately represented the Class for purposes of

8    entering into and implementing the settlement.  Accordingly, the Court hereby appoints Class

9    Counsel as counsel to represent Class Members.

10   6.    Persons or entities that filed timely exclusion requests are not bound by this Judgment

11   or the terms of the Stipulation and may pursue their own individual remedies against Defendant.

12   However, such excluded parties are not entitled to any rights or benefits provided to Class Members

13   by the terms of the Stipulation.  The list of persons and entities excluded from the Class because they

14   filed timely and valid requests for exclusion is attached hereto as Exhibit B.

15   7.    The Court directed that notice be given to Class Members by publication and other

16   means pursuant to the notice program proposed by the Parties in the Stipulation and approved by the

17   Court.  The Declaration of Mark Rapazzini, attesting to the dissemination of the notice to the Class,

18   demonstrates compliance with this Court's Preliminary Approval Order.  The Class Notice advised

19   Class members of the terms of the settlement; the Final Approval Hearing and their right to appear at

20   such hearing; their rights to remain in or opt out of the Class and to object to the settlement; the

21   procedures for exercising such rights; and the binding effect of this Judgment, whether favorable or

22   unfavorable, to the Class.

23   8.    The distribution of the notice to the Class constituted the best notice practicable under

24   the circumstances, and fully satisfied the requirements of Federal Rule of Civil Procedure 23, the

25   requirements of due process, 28 U.S.C. §1715, and any other applicable law.

26

27

28

2         [PROPOSED] FINAL ORDER
AND JUDGMENT
APPROVING CLASS
ACTION SETTLEMENT

9.     Pursuant to Federal Rule of Civil Procedure 23(e)(2), the Court finds after a hearing and based upon all submissions of the Parties and other persons that the settlement proposed by the Parties is fair, reasonable, and adequate.  The terms and provisions of the Stipulation are the product of arms-length negotiations conducted in good faith and with the assistance of an experienced mediator, Randall W. Wulff.  Approval of the Stipulation will result in substantial savings of time, money and effort to the Court and the Parties, and will further the interests of justice.  The Court has expressly considered the four written objections that  were submitted, and finds that none of them raise issues that would warrant rejection of the settlement.

10.     Upon the Effective Date, the named Plaintiffs and each Class Member other than those listed on Exhibit B shall be deemed to have, and by operation of this Final Order and Judgment shall have released, waived and discharged with prejudice Defendant from any and all Released Claims as set forth in Section IV of the Stipulation.

11.     All Class Members who have not timely and validly submitted requests for exclusion are bound by this Judgment and by the terms of the Stipulation.

12.     The Court hereby awards Class Counsel litigation expenses and attorneys' fees of $1,625,000. The Court finds that the amount of fees awarded is appropriate and that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method given the substantial risks of non-recovery, the time and effort involved, and the result obtained for the Class.  The awarded attorneys' fees and expenses and interest earned thereon shall be paid to Class Counsel subject to the terms, conditions and obligations of the Stipulation, which terms, conditions and obligations are incorporated herein.

13.     The Plaintiffs in the Action initiated this lawsuit, acted to protect the Class, and assisted their counsel.  Their efforts have produced the Stipulation entered into in good faith that provides a fair, reasonable, adequate and certain result for the Class.  Plaintiff Golloher is entitled to an incentive award of $1,500.  Plaintiff Freeman is entitled to an incentive award of $1,500.  Plaintiff Chase is entitled to an incentive award of $1,500.  Plaintiff Shapiro is entitled to an incentive award

3                    [PROPOSED] FINAL ORDER
                                            AND JUDGMENT
                                        APPROVING CLASS
                                     ACTION SETTLEMENT

of $1,500. Plaintiff Brown is entitled to an incentive award of $1,500. Plaintiff Kenny is entitled to an incentive award of $250. Plaintiff Bottari is entitled to an incentive award of $250. Plaintiff Conover is entitled to an incentive award of $250. Plaintiff Hanks is entitled to an incentive award of $250. Plaintiff Swenson is entitled to an incentive award of $250. Plaintiff Sanders is entitled to an incentive award of $250.

14. The Court hereby dismisses with prejudice the Action, and the Released Parties are hereby released from all further liability for the Released Claims.

15. Without affecting the finality of this Judgment, the Court reserves jurisdiction over the implementation, administration and enforcement of this Judgment and the Stipulation, and all matters ancillary thereto.

16. The Court finding that no reason exists for delay in ordering final judgment pursuant to Federal Rule of Civil Procedure 54(b), the clerk is hereby directed to enter this Judgment forthwith.

17. The Parties are hereby authorized without needing further approval from the Court to agree to and adopt such modifications and expansions of the Stipulation, including without limitation the claim review procedure, that are consistent with this Judgment and do not limit the rights of Class Members under the Stipulation.

IT IS SO ORDERED.

DATED: 4/25/14

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT
JUDGE

4

[PROPOSED] FINAL ORDER
AND JUDGMENT
APPROVING CLASS
ACTION SETTLEMENT