1   LEXINGTON LAW GROUP
Mark N. Todzo (CA State Bar No. 168389)
2   Howard Hirsch (CA State Bar No. 213209)
503 Divisadero Street
3   San Francisco, CA  94117
Telephone:  (415) 913-7800
4   Facsimile:  (415) 759-4112
mtodzo@lexlawgroup.com
5   hhirsch@lexlawgroup.com

6
Attorneys for Plaintiffs
7   ANDREA GOLLOHER, MARISA FREEMAN,
ROBERTA CHASE, JAMES HANKS, MICHAEL
8   SHAPIRO, BRENDA BROWN, GRETCHEN
SWENSON, CRYSTAL KENNY, KELLY BOTTARI,
9   RENEE CONOVER, and SHANISHA SANDERS

10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14

15   ANDREA GOLLOHER, MARISA              Case No. C 12-06002 RS
FREEMAN, ROBERTA CHASE, JAMES
16   HANKS, MICHAEL SHAPIRO, BRENDA       **DECLARATION OF HOWARD HIRSCH**
BROWN, GRETCHEN SWENSON,             **IN SUPPORT OF PLAINTIFFS' MOTION**
17   CRYSTAL KENNY, KELLY BOTTARI,        **FOR APPEAL BONDS AND POST-**
RENEE CONOVER, and SHANISHA          **JUDGMENT DISCOVERY**
18   SANDERS, on behalf of themselves and all
others similarly situated,               Date:      July 10, 2014
19                                           Time:      1:30 p.m.
Plaintiffs,           Location: Courtroom 3, 17th Floor
20                                           Judge:     Hon. Richard Seeborg
vs.
21                                           [Filed concurrently with Plaintiffs' Notice of
Motion and Motion; and Memorandum of
22   TODD CHRISTOPHER INTERNATIONAL,      Points and Authorities]
INC. DBA VOGUE INTERNATIONAL, a
23   Florida Corporation, and DOES 1-100,

24                         Defendant

25

26

27

28

HIRSCH DECL. ISO MOTION FOR APPEAL BOND AND POST-JUDGMENT DISCOVERY
Case No. C 12-06002 RS

1    I, Howard Hirsch, declare:

2        1.      I am a partner at the Lexington Law Group ("LLG").  LLG represents Plaintiffs

3    Andrea Golloher, Marisa Freeman, Roberta Chase, James Hanks, Michael Shapiro, Brenda Brown,

4    Gretchen Swenson, Crystal Kenny, Kelly Bottari, Renee Conover and Shanisha Sanders

5    ("Plaintiffs") in this action against Todd Christopher International, Inc. dba Vogue International

6    ("Vogue").  I am one of the attorneys who has been principally involved in the prosecution of this

7    litigation and the negotiations which culminated in the Stipulation of Settlement resolving

8    Plaintiffs and the Class's claims (the "Settlement").  I have personal knowledge of the matters set

9    forth herein and, if called upon, I would and could testify competently thereto.

10       2.      Upon being served with Kim Morrison, Violet Hignite and Jennifer Lynn Cochran's

11   (the "Objectors") Notices of Appeal of the Court's Order approving the Settlement, LLG sent a

12   letter to each Objector which outlined the legal and factual deficiencies in their appeals and

13   requested that the Objectors: (1) either drop their appeals or provide support for their arguments;

14   (2) post an appeal bond in the amount of $12,890; and (3) respond to limited discovery regarding

15   their appeals and attached the discovery requests that Plaintiffs intend to serve.  True and correct

16   copies of these letters, including Plaintiffs' proposed discovery requests, are attached as **Exhibits**

17   **A through C**.  In response, the Objectors refused to post appeal bonds or respond to any discovery

18   relevant to their appeals.  The Objectors also did not provide any support for their challenges to the

19   Settlement.

20       3.      Kim Morrison's attorney, Mathew Kurilich, has submitted objections to other class

21   action settlements.  *See, e.g., Toyota Motor Corp. Unintended Acceleration Marketing, Sales*

22   *Practices and Products Liability Litigation*, Case No. 8:10ML02151 JVS (FMOx) (C.D. Cal.), at

23   ECF No. 3633.  In *Toyota Motor Corp.*, Mr. Kruilich appealed the court's order approving a class

24   action settlement only to subsequently withdraw his clients' appeal.  *See id.*, Ninth Circuit Appeal

25   No. 13-56464 at Dkt. No. 38.

26       4.      Jennifer Lynn Cochran's objection to the Settlement filed in this Court claimed that

27   she had retained legal counsel in this matter "who hopes to apply for admission pro hac vice in the

28   near future."  ECF No.  73.  Although Ms. Cochran lodged her appeal with the Ninth Circuit pro

1  se, the Notice of Appeal was filed by George Cochran, who appears to be Ms. Cochran's close

2  relative.  Mr. Cochran appears to be seeking to make a profession out of filing meritless objections

3  to class action settlements.  *See, e.g., In re TFT-LCD (Flat Panel) Antitrust Litigation,* Case No.

4  3:07-MD-1827 SI, MDL Mo. 1827, at ECF No. 5601, Appendix G (compiling George Cochran's

5  objections).

6         5.      Based on Rule 39 of the Federal Rules of Appellate Procedure ("FRAP") and Ninth

7  Circuit Rule 39-1, my firm's expenses printing, copying, and mailing briefs in other appeals, and

8  courts' recent calculations of reasonable FRAP 39 costs in this District, I conservatively estimate

9  that printing, copying and mailing Plaintiffs' opposition brief in each appeal will cost

10  approximately $175.  *See In re Netflix Priv. Litig.*, 5:11-CV-00379-EJD, 2013 WL 6173772, at *4

11  (N.D. Cal. November 25, 2013) (holding that $175 in FRAP 39 costs were "proper in the

12  calculation of the total appeal bond.").  I note that a more precise estimate is not possible at this

13  time given that Plaintiffs' FRAP 39 costs largely depend on the length of briefs that have yet to be

14  written.

15         6.      I have conferred with the Claims Administrator, who estimates the total cost of

16  Settlement administration pending the appeals will be approximately $12,715.  This estimate is

17  based on the following costs assuming the appeals last for 18 months:

18

19
- $2700 in bank account fees for the claim fund as a result of the $150 monthly fee;

20
- $3150 for maintaining the Settlement website as a result of the $175 monthly fee;

21

22

23
- $3325 for monthly updates to the Settlement website.  I am informed that updating the website costs $165 per hour, that the first update will take approximately 2 hours, and that each subsequent update will take approximately 1 hour;

24

25
- $405 for handling approximately 5-10 phone calls from class members every week.  I am informed that handling class member phone calls costs an average of $22.50 per month;

26

27
- $3135 for updating the interactive voice response ("IVR") system every month. I am informed that updating the IVR system costs $175 per hour, that the first update will  take approximately 2 hours, and that each

28

2

1    subsequent update will take approximately 1 hour.

2    Thus, the total Settlement administration costs are approximately $12,715 during the pendency of

3    the appeals.

4        I declare under penalty of perjury under the laws of the State of California that the

5    foregoing is true and correct, and that this declaration is executed on this 4th day of June, 2014, at

6    San Francisco, California.

7                                              /s/ Howard Hirsch
                                              Howard Hirsch
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

HIRSCH DECL. ISO MOTION FOR APPEAL BOND AND POST-JUDGMENT DISCOVERY
Case No. CGC 12-526395