Matthew Kurilich California Bar Number 30172
*mattkurilich@gmail.com*
17321 Irvine BLVD STE 115
Tustin CA 92780
Telephone    714-734-3715
Facsimile    714-734-3716

Attorney for Objector
Kim Morrison

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA GOLLOHER, MARISA FREEMAN, ROBERTA CHASE, JAMES HANKS, MICHAEL SHAPIRO, BRENDA BROWN, GRETCHEN SWENSON, CRYSTAL KENNY, KELLY BOTTARI, RENEE CONOVER, and SHANISHA SANDERS, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> TODD CHRISTOPHER INTERNATIONAL INC. DBA VOGUE INTERNATIONAL, a Florida Corporation, and DOES 1-100 | Case No. 3:12 cv 06002 (RS) <br><br> JUDGE: HON. RICHARD SEEBORG |

Case No. 3:12 cv 06002 (RS)                                                                                            1

OBJECTOR KIM MORRISON'S OBJECTION
TO MOTION TO REQUIRE APPEAL BONDS AND
DISCOVERY

**OBJECTOR KIM MORRISON'S OBJECTION TO
MOTION TO REQUIRE APPEAL BONDS
AND DISCOVERY**

**PLEASE TAKE NOTICE** that Objector Kim Morrison (Objector Morrison) joins in the following oppositions to Plaintiffs' motion to require appeal bonds (Dkt. 85):

1) Appellant Jennifer Cochran's Opposition filed on June 12, 2014 (Dkt. 89).

2) Appellant Violet Hignite's Opposition filed on June 18, 2014 (Dkt. 91).

Objector Morrison respectfully requests that any relief ordered by the Court relative to these oppositions also be ordered in favor of her as an appellant.

Objector Morrison further contends that, to the extent that the Court orders bonding as to the legitimate costs under Federal Rule of Appellate Procedure 7 (*i.e.*, not for the costs of class administration, but only the anticipated copying costs), any such costs should not require an appeal bond as such is an amount reasonably payable by Objector Morrison.

Dated: June 23, 2014                    Respectfully Submitted

                                        MATTHEW KURILICH
                                           /s/ Matthew Kurilich
                                        _____

                                        Attorney for Objector and Appellant
                                        Kim Morrison

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on June 23, 2014.

                                         MATTHEW KURILICH
                                             /s/ Matthew Kurilich