**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 16 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANDREA GOLLOHER; et al.,<br><br>        Plaintiffs - Appellees,<br><br>KIM MORRISON,<br><br>        Objector - Appellant,<br><br>  v.<br><br>TODD CHRISTOPHER INTERNATIONAL, INC., a Florida Corporation, DBA Vogue International,<br><br>        Defendant - Appellee. | No. 14-15890<br><br>D.C. No. 3:12-cv-06002-RS<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |
| ANDREA GOLLOHER; et al.,<br><br>        Plaintiffs - Appellees,<br><br>VIOLET HIGNITE,<br><br>        Objector - Appellant,<br><br>  v.<br><br>TODD CHRISTOPHER INTERNATIONAL, INC., a Florida Corporation, DBA Vogue International,<br><br>        Defendant - Appellee. | No. 14-15959<br><br>D.C. No. 3:12-cv-06002-RS<br>Northern District of California,<br>San Francisco |

| | |
|---|---|
| ANDREA GOLLOHER; et al.,<br><br>    Plaintiffs - Appellees,<br><br>JENNIFER COCHRAN,<br><br>    Objector - Appellant,<br><br> v.<br><br>TODD CHRISTOPHER INTERNATIONAL, INC., a Florida Corporation, DBA Vogue International,<br><br>    Defendant - Appellee. | No. 14-16011<br><br>D.C. No. 3:12-cv-06002-RS<br>Northern District of California,<br>San Francisco |

Appellants' motions to dismiss these appeals are granted. Fed. R. App. P. 42(b).

A copy of this order shall serve as and for the mandate of this court.

                FOR THE COURT:

                By: Peter W. Sherwood
                Circuit Mediator

pws/mediation